Lisa **WILKINSON** n/k/a
Miller, **Petitioner**

v.

G. **BASS COMPANY**, **Respondent**

No. 728 MAL 2016

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.

Dennis **MORGAN, Petitioner**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,**
**Respondent**

No. 424 EAL 2016

Supreme Court of Pennsylvania.

February 08, 2017

## ORDER

PER CURIAM

**AND NOW**, this 8th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.